LENTZ & GENGARO
347 Mt. Pleasant Avenue
Suite 203
West Orange, New Jersey 07052
(973) 669-8900
Attorneys for Plaintiff

| | |
|---|---|
| GARY BOSSERT,<br><br>　　　　　　Plaintiff,<br><br>-vs-<br><br>CALIFORNIA PORSCHE RESTORATION and BRIAN DOHERTY,<br><br>　　　　　　Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>Civil Action No.:  09-cv-2024 |

## RULE 41(a)(1)(A) NOTICE OF DISMISSAL

**NOW COMES** the Plaintiff, Gary Bossert, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice of Dismissal of the above action and states as follows:

1.  The Defendants California Porsche Restoration and Brian Doherty have not filed an answer or motion for summary judgment. These same Defendants have made no appearance and have filed no pleadings with the Court nor have they otherwise raised any defenses to this action. Therefore, Plaintiff has the right under Fed. R. Civ. P. 41(a)(1)(A) to voluntarily dismiss this action as to Defendants California Porsche Restoration and Brian Doherty.

2.  Plaintiff dismisses the claims against Defendants California Porsche Restoration and Brian Doherty with prejudice.

**WHEREFORE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff files this voluntary dismissal and hereby dismisses the instant action against Defendants California Porsche Restoration and Brian Doherty, with prejudice.

                                            Respectfully submitted,

                                            LENTZ & GENGARO

                                            _____

                                            Christopher P. Gengaro, Esq.
                                            347 Mt. Pleasant Avenue, Suite 203
                                            West Orange, New Jersey 07052
                                            Telephone: (973) 669-8900
                                            Facsimilie: (973) 669-8960

Dated: June 5, 2009                          **Attorneys for Plaintiff**